■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MARTIN, Appellant. — Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on February 6, 1981, and order of said court entered on September 9, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50

(subd 5). No opinion. Concur — Murphy, P. J., Sullivan, Ross, Bloom and Milonas, JJ.